UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TRAD THORNTON, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) Case No. 13-03368-CV-W-DGK |
| LAMBERT LEASING, INC., et al. | ) ) ) |
| Defendants. | ) ) ) |

## **JOINT MOTION TO EXTEND**

The parties, by and through their respective counsel, hereby jointly move the Court for an extension of certain dates set forth in this Court's January 23, 2015 Scheduling and Trial Order [ECF No. 70] as follows:

1. On January 12, 2015, the Parties submitted their Joint Proposed Scheduling Order / Discovery Plan [ECF No. 69] ("Discovery Plan").

2. On January 23, 2015, this Court, after considering the Parties' views in the Discovery Plan, entered a Scheduling and Trial Order [ECF No. 70] ("Order"), which established various Key Dates.

3. Since the entry of the Court's Order, the Parties have:

   a. Filed a Motion to Dismiss Based on Forum Non Conveniens [ECF No. 73] ("FNC Motion"), including various memoranda in support and opposition to the FNC motion and related motions concerning the filing of such memoranda [ECF Nos. 74, 87-88, 91, 94-96-99, 101-107];

   b. Conducted a mediation on March 13, 2015 pursuant to the Court's Mediation and Assessment Program. This mediation resulted in a settlement in principle, which was not fully consummated due to

unresolved insurance coverage questions which are the subject of a court proceeding in the Supreme Court of New South Wales (Australia); and,

   c. Plaintiffs disclosed their expert witness on March 27, 2015.

4. The Parties are continuing to timely litigate this matter consistent with the Court's Order.

5. The Parties believe it is in their and the Court's best interests to continue certain Key Dates set forth in the Order as follows:

   a. Defendants / Third Party Plaintiffs' expert designations shall be filed on or before July 31, 2015;

   b. Third Party Defendants' expert designations shall be filed on or before September 30, 2015;

   c. Rebuttal expert designations shall be filed on or before November 30, 2015;

   d. All discovery motions to be filed on or before December 17, 2015;

   e. All discovery to be completed by December 31, 2015;

   f. Dispositive motions shall be filed on or before January 29, 2016; and

   g. Motions to strike expert designations (*Daubert* motions) shall be filed on or before January 29, 2016.

6. The Parties have not requested previously an extension of the Key Dates set forth in the Order.

7. The Parties jointly submit this request to extend the Key Dates set forth in the Order in recognition that the Court's anticipated ruling on the FNC Motion may affect the Key Dates set forth in the Order.

8. The Parties do not anticipate that the requested extension will affect the September 26, 2016 trial date.

Lambert Leasing, Inc.

By: */s/ Frank M. Evans*
Frank M. Evans, III #23976
LATHROP & GAGE LLP
910 E. St. Louis Street, Suite 100
Springfield, MO 65806
Ph: (417) 886-2000
Fax: (417) 886-9126
fevans@lathropgage.com

Christopher R. Barth
cbarth@lockelord.com
Matthew J. Kalas
mkalas@lockelord.com
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
Ph: (312) 443-0700
Fax: (312) 896-6669

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Attorneys for Plaintiffs**
**Trad Thornton**
Steven Harrell, Esq.
BRUER, WOODDELL & HARRELL, P.C.
1360 E. Bradford Parkway
Springfield, MO 65804
Ph: (417) 887-2740
Toll Free: (877)-887-2740
Fax: (417) 887-1342
steven@bwhpc.com

Floyd A. Wisner, Esq.
Wisner Law Firm, P.C.
514 W. State Street, Suite 200
Geneva, IL 60134
Ph: (630) 262-9434
Fax: (630) 262-1066
faw@wisner-law.com

**Personal Representative for**
**the Estate of Les Wright**

Stephen F. Aton
3524 S. Culpepper Circle, Suite C
Springfield, Missouri 65804
Ph: (417) 881-5667
Fax: (417) 888-5123
steve@atonlaw.com

**Attorneys for Defendants**
**Partnership 818**
Randy P. Scheer, Esq.
S. Jacob Sappington, Esq.
Kenneth A. Sprenger, Esq.
SANDERS WARREN & RUSSELL, LLP
1949 E. Sunshine, Suite 2-102
Springfield, MO 65804
Ph: (417) 281-5100
Fax: (417) 281-5199
r.scheer@swrllp.com
j.sappington@swrllp.com
k.sprenger@swrllp.com

**Attorneys for Third-Party Defendant Garmin**
**Ltd. (including Garmin International, Inc.**
**and Garmin Australiasia Pty. Ltd.)**

John W. Cowden, Esq.
Paul S. Penticuff, Esq.
Eric A. Cunningham, III, Esq.
BAKER, STERCHI, COWDEN & RICE, LLC
2400 Pershing Road
Suite 500
Kansas City, MO 64108-2533
Ph: (816) 471-2121
Fax: (816) 472-0288
cowden@bscr-law.com
penticuff@bscr-law.com
ecunningham@bscr-law.com

**Attorneys for Defendant**
**Airservices Australia**

John R. Lightner, Esq.
BAIRD LIGHTNER MILLSAP
1901 C. South Ventura Ave.,
Suite C
Springfield, Missouri 65804
Ph: (417) 887-0133
Fax: (417) 887-8740
jlightner@blmlawyers.com


Richard Alan Walker, Esq.
Telly Andrews, Esq.
KAPLAN, MASSAMILLO & ANDREWS, LLC
200 West Madison Street
16th Floor
Chicago, Illinois 60606
Ph: (312) 345-3000
Fax: (312) 345-3119
rwalker@kmalawfirm.com
tandrews@kmalawfirm.com


                      LAMBERT LEASING, INC.


                By:    */s/ Frank M. Evans*
                      One of the Attorneys for Lambert Leasing, Inc.


CHI1:6603528/00119:2132974v7