IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | | |
|---|---|---|---|
| TRAD THORNTON, et al., | ) | | |
| | ) | | |
| Plaintiffs, | ) | | |
| | ) | | |
| v. | ) | No. 13-CV-3368-S-DGK | |
| | ) | | |
| LAMBERT LEASING, INC., et al., | ) | | |
| | ) | | |
| Defendants. | ) | | |

## APPENDIX
## TO THE JUDGMENT AND ORDER APPROVING SETTLEMENT OF WRONGFUL DEATH CLAIMS HELD BY PLAINTIFFS

| *Movant* | *On Behalf Of* | *Decedent* | *Relation to Decedent* |
|---|---|---|---|
| Trad Thornton | Self | Sally Urquhart | Surviving Spouse |
| | Shane Urquhart | | Father |
| | Elizabeth Urquhart | | Mother |
| Fiona Norris | Self | Paul Norris | Surviving Spouse |
| Olive Bagie | Self | Helena Woosup | Mother |
| | Mimia Whap | | Surviving Spouse |
| | Glendon Wossup | | Child |
| | Dereese Whap | | Child |
| | Tabua Woosup | | Child |
| | Rita Whap | | Child |
| | Ramsley Woosup | | Child |
| | Daniel Hudson | | Father |
| Florence Kepa | Self | Fred Bowie | Surviving Spouse |
| | Betina Kepa | | Child |
| | Leon Bowie | | Child |
| | Renia Bowie | | Child |
| | Solomon Bowie | | Child |
| | Fred Bowie | | Child |
| | Kalis Kepa | | Child |
| | Annie Bowie | | Mother |
| | Stephen Ropeyarn | | Father |
| Francis Bowie | Self | Mardie Bowie | Surviving Spouse |
| | Johnny Tamwooy | | Child |
| | Dale Bowie | | Child |
| | Flossie Bowie | | Mother |

| *Movant* | *On Behalf Of* | *Decedent* | *Relation to Decedent* |
|---|---|---|---|
| Elizabeth Stephen | Self | Gordon Kris | Surviving Spouse |
| | Maryanne Miriam Stephen | | Child |
| | Caroline Thomasina Stephen | | Child |
| | Ruby Gloria Roseanne Stephen | | Child |
| | Fanny Maleta Flora Norah Stephen | | Child |
| | Mimia Frances Nobby Helena Stephen | | Child |
| | Fredericka Louisa Kris | | Child |
| | Rim Thomas Joe Natapui Stephen | | Child |
| | Wanaki Mooka | | Father |
| | Padiala Kris | | Mother |
| Lionel Solomon | Self | Frank Billy | Father |
| | Emily Kepa | | Surviving Spouse |
| | Sebastian Billy | | Children |
| | Joseph Billy | | Children |
| | Katrina Billy | | Children |
| | Bessie Billy | | Mother |
| Denise J. Kalin | Self | Timothy Ross Langdon Down | Mother |
| | Roger Down | | Father |
| Gillian Hurst | Self | Kenneth Hurst | Surviving Spouse |
| | Joanne Skow | | Child |
| | Nichole Hurst | | Child |
| | Michelle Hurst | | Child |
| | Christopher Hurst | | Child |
| Leonard Robert Hotchin, deceased | Gregory Hotchin | Brett Andrew Hotchin | Brother |
| Tamlin Harris | Self | Edward Green | Surviving Spouse |
| | Mary Green | | Mother |
| Kerri Sonter | Self | Arden Sonter | Surviving Spouse |
| Janet Maree Lewis | Self | Noel Lewis | Surviving Spouse |
| | Steven Lewis | | Child |
| | Ben Lewis | | Child |
| Melissa Brady | Self | Robert Brady | Surviving Spouse |